UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OSCAR ARROYO FLORES (A240-377-892), | Case No. 1:25-cv-1437 |
| Petitioner, | Hon. Jane M. Beckering<br>U.S. District Court Judge |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and ROBERT LYNCH, Field Office Director, Detroit Field Office, Immigration and Customs Enforcement, | Hon. Ray Kent<br>U.S. Magistrate Judge |
| Respondents. | |

## ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE

This matter having come before the Court on the Stipulation to Extend Deadline to File Response; and the Court having reviewed the stipulation and being otherwise advised,

IT IS HEREBY ORDERED that the stipulation is GRANTED. Respondents shall file a response to the Petition on or before November 28, 2025.

Dated: November 24, 2025

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge